1028

[No: 57531-7-I.   Division One.   December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL VASHI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05376-0, Linda Lau, J., entered December 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57580-5-I.   Division One.   December 26, 2006.]

*In the Matter of the Marriage of* MARILYN KLIMAN, *Respondent*, and MICHAEL HINDMARSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-05465-1, Cheryl B. Carey, J., entered October 4 and December 16, 2005, and January 3, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57718-2-I.   Division One.   December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10663-4, Laura Gene Middaugh, J., entered January 23, 2006. *Reversed* by unpublished per curiam opinion.

[No. 57791-3-I.   Division One.   December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON WILLIAM ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05013-6, John P. Erlich, J., entered February 21, 2006. *Affirmed* by unpublished per curiam opinion.